NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE HEWLETT-PACKARD COMPANY, *Petitioner.*

---

Miscellaneous Docket No. 124

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-90, Judge Rodney Gilstrap.

---

## ON PETITION

---

## ORDER

Hewlett-Packard Company (HP) submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying HP's motion to dismiss, and to direct the Texas district court to dismiss or sever and transfer the claims against HP to the United States District Court for the Southern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

Lodsys, LLC is directed to respond no later than April 27, 2012.

FOR THE COURT

APR 1 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sean C. Cunningham, Esq.
     Christopher M. Huck, Esq.
     David E. De Lorenzi, Esq.
     Eugene A. Feher, Esq.
     Peter John Chassman, Esq.
     Edmund J. Haughey, Esq.
     Fred Irvin Williams, Esq.
     Matthew C. Bernstein, Esq.
     Seth W. Black, Esq.
     R. Jason Fowler, Esq.
     Clerk, United States District Court for the Eastern District of Texas

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 3 2012

JAN HORBALY
CLERK